Brant A. McCoy (KS Bar No. 24303)
(Email: brant@jmlkc.com)
**JONES, MCCOY & LINCOLN, P.A.**
9401 Indian Creek Pkwy, Ste. 600
Overland Park, KS 66210
Telephone: 913.322.7200
Fax: 913.322.9275
Attorneys for Plaintiff Alexandra Boggio

## UNITED STATES DISTRICT COURT

## DISTRICT OF KANSAS

| | |
|---|---|
| In re: HILL'S PET NUTRITION, INC.<br><br>DOG FOOD PRODUCTS LIABILITY LITIGATION<br><br><br><br>THIS DOCUMENT RELATES TO:<br><br>*Boggio v. Hill's Pet Nutrition, Inc. et al.*, Case No. 2:19-cv-02360 | MDL No. 2887<br><br>Case No.: 2:19-md-02887-JAR-TJJ<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i), plaintiff Alexandra Boggio, through counsel, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against Defendants Hill's Pet Nutrition, Inc. and Colgate-Palmolive Company.

DATED: August 5, 2020                                    Respectfully Submitted,

                                                                        */s/ Brant A. McCoy*
                                                                        Attorney for the Plaintiff and the
                                                                        Proposed Class and Subclass